IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DARREN CANNAO,<br><br>Defendant. | ) <br> ) CRIM. NO. 09-263 (SRC)<br> )<br> )<br> )<br> )<br> ) ORDER<br> )<br> ) |

THIS MATTER having come before the Court upon the defendant Darren Cannao's request for an Order for the Pretrial Services Agency to release his passport to him; and the Court having considered the parties' submissions; and the government having no objection; and for good cause shown;

IT IS on this _____ day of _____, 2009, hereby

ORDERED that the Pretrial Services Agency for the District of New Jersey shall release the passport of defendant Darren Cannao to him.

HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE