IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) CRIM. NO. 09-263 (SRC) <br> ) |
| v. | ) <br> ) |
| DARREN CANNAO, | ) <br> ) CONSENT ORDER |
| Defendant. | ) <br> ) |

THIS MATTER having come before the Court upon the application of defendant Darren Cannao (Candace Hom, Assistant Federal Public Defender, appearing) for an Order for modification of his probation conditions; and the Government (Dustin Chao, Assistant United States Attorney, appearing) having no objection; and for good cause shown;

IT IS on this __22__ day of __July__, 2009, hereby

ORDERED that defendant Darren Cannao's conditions of probation are modified to allow him to pick up and drop off his children at school, as preapproved by the U.S. Probation Office; and

IT IS FURTHER ORDERED that all other conditions of probation remain the same.

_____
HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

972 BROAD STREET
NEWARK, NEW JERSEY 07102

(973) 645-6347  Telephone
(973) 645-3101  Facsimile
(973) 297-4807  Facsimile

**CHESTER M. KELLER**
FIRST ASSISTANT

July 15, 2009

Honorable Stanley R. Chesler
United States District Judge
U.S. Post Office & Federal Courthouse
Federal Square
Newark, NJ  07101

Re:   United States v. Darren Cannao, Crim. No. 09-263 (SRC)

Dear Judge Chesler:

Your Honor sentenced Darren Cannao on June 25, 2009, to a one-year term of probation and a three-month period of home incarceration with electronic monitoring. Mr. Cannao requests that the period of home incarceration with electronic monitoring, as a condition of his probation, be modified to allow him to pick up and drop off his two children at their school because he shares joint custody of the two children with his ex-wife. As part of his custody agreement, Mr. Cannao is scheduled to pick up and drop off his children about 2 or 3 times per week.

I have contacted the government, per Dustin Chao, Assistant United States Attorney, and the U.S. Probation Office, and neither has any objection to Mr. Cannao's request. I therefore enclose a proposed form of Order. Should Your Honor have any questions or concerns, please do not hesitate to contact me. Your Honor's consideration of this request is greatly appreciated.

Very truly yours,

/s/Candace Hom
Assistant Federal Public Defender

cc:   Dustin Chao, AUSA (via e-mail)
Stanley Whetstone, USPO (via e-mail)
Erika Arnone, USPO (via e-mail)

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

RALPH J. MARRA, JR.　　　　　　　　　970 Broad Street, Suite 700　　　　　　Phone: (973) 645-2903
Acting United States Attorney　　　　　Newark, NJ 07102　　　　　　　　　　Fax: (973) 297-2006

DUSTIN CHAO
Assistant U.S. Attorney

July 20, 2009

Hon. Stanley R. Chesler, U.S.D.J.
United States District Court
United States Post Office & Courthouse
Federal Square
Newark, NJ 07102
VIA COURTHOUSE MAIL

　　　　　Re:　United States v. Darren Cannao
　　　　　　　　Crim. No. 09-263 (SRC)

Dear Judge Chesler:

　　The government has no objection to Your Honor's Order to modify the conditions of Darren Cannao's home confinement to allow Mr. Cannao to pick up and drop off his children at school, as pre-approved by U.S. Probation.

　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　RALPH J. MARRA, JR.
　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　By: Dustin Chao
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney


cc:　Candace Hom, Esq.
　　　Federal Public Defender's Office
　　　972 Broad Street, Fourth Floor
　　　Newark, NJ　07102